UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CV-277-FL

| | |
|---|---|
| DON BRADLEY WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| OPTIMUM OUTCOMES, INC., an ) | |
| Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

This matter, recently reassigned, comes before the court on motion for court-hosted settlement conference (DE 22), and also upon the court's regular administrative review.

The instant motion informs as to plaintiff's opposition. The court, having reviewed the filings of record, determines in its discretion a court-hosted settlement conference is appropriate. As such, said motion is ALLOWED.

The parties shall confer and provide three alternative dates of availability in the coming weeks for such conference, at which plaintiff shall attend, together with all persons with interest in and/or final authority on behalf of defendant to determine a mediated case outcome. Notice of mutual dates of availability shall be filed on the docket within ten (10) days and, thereafter, the matter promptly will be referred to a magistrate judge for court-hosted settlement conference in accordance with the court's local rules.

Given the prior trial date was based upon the original trial judge's schedule, it now is set aside. After the court has ruled on pending dispositive motions (DE 15, DE 17), the court will enter

a scheduling order governing deadlines and procedures for final pretrial conference and trial, as appropriate in this case.

SO ORDERED, this the 24th day of April, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge