UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DON BRADLEY WALLACE,

    Plaintiff,

v.

OPTIMUM OUTCOMES, INC.,

    Defendant.

**JUDGMENT**

No. 5:13-CV-277-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 12, 2015, and for the reasons set forth more specifically therein, that the parties' motions for summary judgment are granted in part and denied in part. The court grants defendant's motion for summary judgment as to plaintiff's FDCPA and NCCAA claims. The court grants plaintiff's motion for summary judgment as to plaintiff's TCPA claims and the plaintiff is awarded the sum of $1,000.00. In all remaining parts, the parties' cross-motions for summary judgment are dneied.

**This Judgment Filed and Entered on February 12, 2015, and Copies To:**

Christopher W. Livingston (via CM/ECF Notice of Electronic Filing)
Jennifer D. Maldonado (via CM/ECF Notice of Electronic Filing)
Sean T. Partrick (via CM/ECF Notice of Electronic Filing)

February 12, 2015                  JULIE RICHARDS JOHNSTON, CLERK
                                       /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk